NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROKSOLIANA DACHNIWSKYJ,**

*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent,*

AND

**THERESA DACHNIWSKYJ,**

*Intervenor.*

---

2011-3158

---

Petition for review of the Merit Systems Protection Board in case no. CH0831100439-I-1.

---

## ON MOTION

---

## ORDER

The Office of Personnel Management ("OPM") moves to waive the requirements of Fed. Cir. R. 27(f) and remand this case to the Merit Systems Protection Board ("Board") with instructions to order reinstatement of

OPM's decision awarding a survivor annuity to Roksoliana Dachniwskyj.

In order to facilitate the court's review of this matter, OPM is directed to produce a complete copy of the annual notice Mr. Dachniwskyj received from OPM during the two-year election period at issue in this case (January 17, 1998 through January 16, 2000).

Accordingly,

IT IS ORDERED THAT:

The document is to be filed with the court within 14 days of the date of this order.

FOR THE COURT

APR 0 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Janice Lea Boback, Esq.
Hillary A. Stern, Esq.
Dmytro Kurywczak, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2012

JAN HORBALY
CLERK